# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

E-filing   VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA

V.

GILBERTO HERNANDEZ-CARDENAS

DEFENDANT(S).

---

## INDICTMENT

VIOLATION: 8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

A true bill.

_____
Foreman

Filed in open court this ___ day of APRIL 2008.

_____
Clerk

Bail, $ NO PROCESS

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

— OFFENSE CHARGED —

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

— DEFENDANT - U.S. —

▶ GILBERTO HERNANDEZ-CARDENAS

DISTRICT COURT NUMBER

**19  PJH**

— PROCEEDING —
Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-08-70163 JCS

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  ALBERT B. SAMBAT

— DEFENDANT —

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year  3/24/2008

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5                              E-filing
6
7
8                  UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,      )   No.                           19
                                    )
13 |         Plaintiff,              )   VIOLATION:  8 U.S.C. § 1326 – Illegal
                                    )   Reentry Following Deportation       PJH
14 |    v.                          )
                                    )
15 | GILBERTO HERNANDEZ-CARDENAS,   )   SAN FRANCISCO VENUE
      a/k/a Juan Manuel Donato,     )
16                                  )
             Defendant.             )
17                                  )
                                    )
18

19                              INDICTMENT

20 The Grand Jury charges:

21      On or about September 17, 2005, September 13, 2005, June 10, 2003, and June 6, 2003,

22 the defendant,

23                     GILBERTO HERNANDEZ-CARDENAS,
                              a/k/a Juan Manuel Donato,
24
   an alien, was excluded, deported and removed from the United States, and thereafter, on or about
25
   March 14, 2008, was found in the Northern District of California, the Attorney General of the
26
   United States and the Secretary of Homeland Security not having expressly consented to a
27
   //
28
   //


INDICTMENT

1 | re-application by the defendant for admission into the United States, in violation of Title 8, United
2 | States Code, Section 1326.
3 |
4 | DATED:                                        A TRUE BILL.
5 |
6 |                                                _____
   |                                                FOREPERSON
7 |
8 | JOSEPH P. RUSSONIELLO
   | United States Attorney
9 |
10 | _____
11 | KYLE WALDINGER
    | Deputy Chief, Major Crimes Division
12 |
13 | (Approved as to form: _____)
    |                      SAUSA SAMBAT

INDICTMENT