JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

LARA M. KROOP (CABN 239512)
Lara.Kroop2@usdoj.gov
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7129
    FAX: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> GILBERTO HERNANDEZ-CARDENAS, <br>     Defendant. | No. CR 08-00219 PJH <br><br> **NOTICE OF SUBSTITUTION OF ATTORNEY** |

    PLEASE TAKE NOTICE that the United States, through Lara M. Kroop, Special Assistant United States Attorney, hereby appears in this matter in substitution of Albert B. Sambat.

DATED:    April 7, 2008               Respectfully Submitted,

                                                 JOSEPH P. RUSSONIELLO
                                                 United States Attorney

                                                 /s/ Lara M. Kroop
                                                 LARA M. KROOP
                                                 Special Assistant United States Attorney