UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 9, 2008          **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0219 PJH

**Case Name:**   UNITED STATES   v.   GILBERTO HERNANDEZ-CARDENAS (C)

**Attorney for Plaintiff:**    Lara Koop
**Attorney for Defendant:**  Eric Hairston

**Deputy Clerk:**  Nichole Heuerman          **Court Reporter:** Jim Yeomans

**PROCEEDINGS**

Trial Setting-Held.  The parties inform the court that this case may be a fast track case. The parties request for the court to refer the matter to probation to conduct a criminal history report is granted.

**CASE CONTINUED TO:** May 14, 2008 at 1:30 p.m. for Change of Plea and Sentencing.

**cc:** chambers