UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 14, 2008                                                          **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0219 PJH

**Case Name:** UNITED STATES   v.   GILBERTO HERNANDEZ-CARDENAS (C)

**Attorney for Plaintiff:**    Lara Koop
**Attorney for Defendant:**  Eric Hairston

**Deputy Clerk:** Nichole Heuerman                    **Court Reporter:** Debra Pas

**PROCEEDINGS**

     Change of Plea-Held.  The plea agreement is signed in court.  The defendant is sworn.  The court finds the defendant to be fully competent and capable of entering into an informed plea.  The plea is knowing and voluntary.  The court finds a factual basis for the plea.  The defendant enters a plea of guilty as to count one of the Indictment.  The defendant is adjudged guilty of the offense.  The court informs the parties that additional information is needed before the court will impose the sentence requested by the parties and agreed to in the plea agreement.  The court orders the probation officer to verify if the defendant's parents are in the process of moving or have already moved to Mexico.  The sentencing is continued for two weeks.

**CASE CONTINUED TO: May 28, 2008 at 1:30 p.m. for Sentencing**.

**cc:** chambers