UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Date: May 28, 2008                                   JUDGE: Phyllis J. Hamilton

Case No: CR-08-0219 PJH

Case Name:   UNITED STATES   v.   GILBERTO HERNANDEZ-CARDENAS (C)

Attorney for Plaintiff:     Lara Koop
Attorney for Defendant:  Eric Hairston

Deputy Clerk: Nichole Heuerman                      Court Reporter: Juanita Gonzalez

Probation: Jackie Sharpe

PROCEEDINGS

 Sentencing-Held. The plea agreement is accepted by the court. The defendant is committed to the custody of the Bureau of Prisons for a term of 21 month; 3 years supervised release with the special conditions that the defendant comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security. The defendant shall pay a special assessment in the amount of $100.00; due immediately. If the defendant is not able to pay the special assessment immediately it shall be paid through the BOP Inmate Financial Responsibility Program.

cc: chambers